## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| **NGUYEN VU ET AL.,** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO.  10-0953** |
| | : | |
| **CITY OF PHILADELPHIA ET AL.,** | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

## ORDER

    **AND NOW**, this ___ of April, 2012, upon consideration of Defendants' unopposed Motions to Dismiss (Docs. 7, 9, 10), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion are **GRANTED.**[1]

    **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

                         **BY THE COURT**:

                         **/s/ Petrese B. Tucker**

                         _____

                         **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the memorandum issued by the Court on April __, 2012.