IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NGUYEN VU ET AL., <br>                  Plaintiffs, <br>     v. <br> CITY OF PHILADELPHIA ET AL., <br>                  Defendants. | CIVIL ACTION <br><br> NO. 10-0953 |

## ORDER

**AND NOW**, this ___ of April, 2012, upon consideration of Defendants' unopposed Motions to Dismiss (Docs. 7, 9, 10), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion are **GRANTED.**[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the memorandum issued by the Court on April __, 2012.